All concur.

In the Matter of LOUIS STRAND et al., Doing Business as COMMERCIAL ASSIST-
ANCE COMPANY, Judgment Creditors, Respondents, v. HARRY PISER, Judgment
Debtor. F. & M. SCHAEFER, BREWING COMPANY, Judgment Creditor, Appellant;
CAPITOL WINE & SPIRIT CORPORATION et al., Judgment Creditors, Respondents.

All concur.

In the Matter of LOUIS STRAND et al., Doing Business as COMMERCIAL ASSIST-
ANCE COMPANY, Judgment Creditors, Respondents, v. HARRY PISER, Judgment
Debtor. F. & M. SCHAEFER BREWING COMPANY, Judgment Creditor, Appellant;
CAPITOL WINE & SPIRIT CORPORATION et al., Judgment Creditors, Respondents.

All concur.

In the Matter of the Probate of the Will of MARK S. HEMMINGWAY, Deceased.
CHARLES J. HEMMINGWAY, Appellant; JOHN A. MATHEWS, as Executor of MARK
S. HEMMINGWAY, Deceased, Respondent.—